UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| JEREMY C. SOUTHGATE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:2014-cv-13861-ADB |
| SOUNDSPARK, INC., *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF APPEAL**

NOTICE is respectfully given that Plaintiff Jeremy C. Southgate hereby appeals to the United States Court of Appeals for the First Circuit from the Court's Order [ECF Doc. 80] entered on March 31, 2016.

Dated: March 31, 2016

Submitting with Great Respect,

/s/ Jeremy C. Southgate
Jeremy C. Southgate
*PRO SE*
10 Kilburn Road
West Newton, MA 02465
jeremy@soundsparkstudios.com
617-584-5219

## CERTIFICATE OF SERVICE

I, Jeremy C. Southgate, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 31, 2016.

/s/ Jeremy C. Southgate
Jeremy C. Southgate

((( 2 )))