UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:14-cv-13861-ADB

Jeremy Southgate
*Plaintiff,*

v.

SoundSpark, Inc. et.al.
*Defendant*

## CLOSING ORDER DISMISSING CASE

BURROUGHS, D.J.

In accordance with the Court's [80] Memorandum and Order granting Defendants Motions to Dismiss, entered on March 31, 2016, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Allison D. Burroughs
UNITED STATES DISTRICT COURT

September 20, 2016